Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

Attorney for Engels Marcelino

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Engels Marcelino,<br><br>        Defendant. | Case No. 2:20-mj-00274-VCF<br><br>ORDER **to Continue Preliminary Hearing** |

The parties jointly request that this Court vacate the preliminary hearing scheduled for April 30, 2020, and continue it for at least 90 days because:

1. On April 16, 2020, Marcelino appeared on the complaint, which charges him with a single count of being a felon in possession of a firearm. ECF No. 1.

2. At that time, this Court released Marcelino on conditions, including inpatient or outpatient substance abuse treatment as deemed necessary by Pretrial Services. ECF No. 7 at 4.

3. The next day, Marcelino was transported to the Harris Springs Ranch, where he remains in inpatient treatment.

4. Additional time is needed to determine whether a pre-indictment resolution can be reached, which would obviate the need for a preliminary hearing.

5. Denial of this continuance would prejudice the defense and the government and would unnecessarily consume this Court's valuable resources, which are particularly strained during the COVID-19 pandemic.

6. Marcelino agrees to the continuance.

7. Marcelino also consents to extending the time within which a preliminary hearing must be held under Federal Rule of Criminal Procedure 5.1(c) and the time within which an indictment must be filed under 18 U.S.C. § 3161.

DATED: April 28, 2020.

| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
|---|---|
| By */s/ Erin Gettel*<br>Erin Gettel<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>Melanee Smith<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Engels Marcelino,<br><br>　　　　Defendant. | Case No. 2:20-mj-00274-VCF<br><br>**Order Granting First Stipulation to Continue Preliminary Hearing** |

　　Based on the stipulation of counsel, the Court finds that Marcelino consents to continue the preliminary hearing for at least 90 days and that good cause exists to do so.

　　IT IS THEREFORE ORDERED that the preliminary hearing scheduled for April 30, 2020, at 4:00 p.m. is vacated and continued to __July 30, 2020__ at the hour of __4__:__00__ __p__.m.

　　DATED this __29th__ day of April, 2020.

_____
Cam Ferenbach
United States Magistrate Judge

3