**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:20-mj-00274-VCF |
| ENGELS MARCELINO, | **ORDER** |
| Defendant. | |

Before the court is the Motion to Modify Conditions of Pretrial Release (ECF NO. 12).

Accordingly,

IT IS HEREBY ORDERED that any opposition on the Motion to Modify Conditions of Pretrial Release (ECF NO. 12) must be filed on or before June 29, 2020. No reply needed.

DATED this 22nd day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE