# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Engels Marcelino,<br><br>    Defendant. | Case No. 2:20-mj-00274-VCF<br><br>**Order Granting Third Stipulation to Continue Preliminary Hearing** |

    Based on the stipulation of counsel, the Court finds that Engels Marcelino consents to continue the preliminary hearing for at least 60 days and that good cause exists to do so.

    IT IS THEREFORE ORDERED that the preliminary hearing scheduled for September 28, 2020, at 4:00 p.m. is vacated and continued to 12/3/2020 at 11:00 AM in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

    DATED this  24  day of September, 2020.

                                        Cam Ferenbach
                                        United States Magistrate Judge