UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:20-mj-00274-VCF |
|---|---|
| Plaintiff, | **Order Granting Fifth Stipulation to Continue Preliminary Hearing** |
| v. | |
| Engels Marcelino, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that Engels Marcelino consents to continue the preliminary hearing for at least 60 days and that good cause exists to do so.

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for February 4, 2021, at 10:00 a.m. is vacated and continued to April 9, 2021 at the hour of 10:00 AM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 3 day of February 2021.

_____
Cam Ferenbach
United States Magistrate Judge

3