# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Engels Marcelino,<br><br>　　　　Defendant. | Case No. 2:20-mj-00274-VCF<br><br>**Order Granting Sixth Stipulation to Continue Preliminary Hearing** |

Based on the stipulation of counsel, the Court finds that Engels Marcelino consents to continue the preliminary hearing for at least 45 days and that good cause exists to do so.

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for April 9, 2021, at 10:00 a.m. is vacated and continued to May 14, 2021 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 8th day of April 2021.

_____
Cam Ferenbach
United States Magistrate Judge