

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> v. <br> Engels Marcelino, <br> Defendant. | Case No. 2:20-mj-00274-VCF <br><br> **Order Granting Seventh Stipulation to Continue Preliminary Hearing** |

Based on the stipulation of counsel, the Court finds that Engels Marcelino consents to continue the preliminary hearing for at least 60 days and that good cause exists to do so.

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for May 14, 2021, at 4:00 p.m. is vacated and continued to July 13, 2021 at the hour of 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 11th day of May 2021.

Cam Ferenbach
United States Magistrate Judge

3